1042

[No. 55061-6-I. Division One. November 13, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CHARLES GROVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-10113-8, J. Wesley Saint Clair, J., entered October 4, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 56123-5-I. Division One. November 13, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL LAVEL ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-12049-3, Gregory P. Canova, J., entered March 28, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56729-2-I. Division One. November 13, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC CHRISTENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-02015-2, Anita L. Farris, J., entered August 11, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56767-5-I. Division One. November 13, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID C. PITTS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-00696-4, Michael T. Downes, J., entered August 12, 2005. *Affirmed* by unpublished per curiam opinion.